No. 22-1059                                     September Term, 2024

FERC-EL21-77-001,
FERC-EL21-77-000

**Filed On:** September 13, 2024

Tenaska Clear Creek Wind, LLC,

    Petitioner

v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Bright Canyon Energy Corporation, et al.,
    Intervenors

------------------------------

Consolidated with 22-1336, 23-1076

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of petitioner's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:    /s/
          Daniel J. Reidy
          Deputy Clerk